

**EXHIBIT A**

NewFields — Figure 14

AltEn Site Features Addressed Under Emergency Response Measures