IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SYNGENTA SEEDS, LLC, | ) | Case No. 8:22-cv-0071 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **PLAINTIFF'S CORPORATE** |
| | ) | **DISCLOSURE STATEMENT** |
| ALTEN, LLC, MEAD CATTLE | ) | |
| COMPANY, LLC, GREEN DISPOSAL | ) | |
| MEAD LLC, TANNER SHAW, and | ) | |
| SCOTT TINGELHOFF, | ) | |
| | ) | |
| Defendants. | ) | |

## DISCLOSURE OF CORPORATE AFFILIATIONS, FINANCIAL INTEREST AND BUSINESS ENTITY CITIZENSHIP

Pursuant to Federal Rule of Civil Procedure 7.1 and <u>GMAC Commercial Credit LLC v. Dillard Department Stores, Inc.</u>, 357 F.3d 827, 828 (8th Cir. 2004), Plaintiff, Syngenta Seeds, LLC, makes the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, affiliates, and similar entities, as well as unincorporated associations or similar entities.

☐ This party is an individual.

☐ This party is a publicly held corporation or other publicly held entity.

☒ This party has parent corporations
    If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

**Syngenta Seeds, LLC is a wholly owned U.S. subsidiary of Syngenta Corporation. Syngenta Corporation, in turn, is a wholly owned U.S. subsidiary of Syngenta Crop Protection AG. Syngenta Crop Protection AG, in turn, is a wholly owned non-U.S. subsidiary of Syngenta AG.**

☐ Ten percent or more of the stock of a party is owned by a publicly held corporation or other publicly held entity.
    If yes, identify all such owners:

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.
    If yes, identify all corporations or entities and the nature of their interest:

☒ This party is a limited liability company or limited liability partnership.
If yes, identify each member of the entity and the member's state of citizenship:

**Syngenta Corporation, Delaware.**

☐ This party is an unincorporated association or entity.
If yes, identify the members of the entity and their states of citizenship:

Additional information:

DATED this 23rd day of February 2022.

SYNGENTA SEEDS, LLC, Plaintiff

By: /s/ *Stephen M. Bruckner*
Stephen M. Bruckner, #17073
Katherine A. McNamara, #25142
FRASER STRYKER PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, Nebraska 68102-2663
(402) 341-6000
sbruckner@fraserstryker.com
kmcnamara@fraserstryker.com

and

Michael R. Shebelskie
Matthew Z. Leopold
Gregory R. Wall
Jonathan Caulder
HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219
(804) 788-8200
mshebelskie@hunton.com
jcaulder@hunton.com
ATTORNEYS FOR PLAINTIFF

2760423 v1