# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **PIONEER HI-BRED INTERNATIONAL, INC., et al.,** | **8:22CV70** |
| Plaintiffs, | |
| vs. | **ORDER FOR CONSOLIDATION** |
| **ALTEN, LLC, et al.;** | |
| Defendants. | |
| **SYNGENTA SEEDS, LLC,** | |
| Plaintiff, | **8:22CV71** |
| vs. | **ORDER FOR CONSOLIDATION** |
| **ALTEN, LLC, et al.;** | |
| Defendants. | |
| **BAYER US LLC,** | |
| Plaintiff, | **8:22CV82** |
| vs. | **ORDER FOR CONSOLIDATION** |
| **ALTEN, LLC, et al.;** | |
| Defendants. | |

This matter is before the Court on the Stipulated Motions to Consolidate filed in each of the above-captioned cases (Filing No. 31 in Case No. 8:22CV70; Filing No. 20 in Case No. 8:22CV71; Filing No. 21 in Case No. 8:22CV82).  After review of the pleadings and the parties' motions, the Court finds that consolidation pursuant to Fed. R. Civ. P. 42(a) is warranted.  Accordingly,

**IT IS ORDERED**:

1. The parties' Stipulated Motions to Consolidate (Filing No. 31 in Case No. 8:22CV70; Filing No. 20 in Case No. 8:22CV71; Filing No. 21 in Case No. 8:22CV82) are granted.

    The above-captioned cases are consolidated for all purposes. The Court designates Case No. 8:22CV70 as the "Lead Case" and Case Nos. 8:22CV71 and 8:22CV83 as the "Member Cases."

2. The Court's CM/ECF System has the capacity for "spreading" text among the consolidated cases. If properly docketed, the documents filed in the Lead Case will automatically be filed in the Member Cases. The parties are instructed to file documents in the Lead Case and to select the option "yes" in response to the System's question whether to spread the text.

3. The parties may not use the spread text feature to file complaints, amended complaints, and answers; to pay filing fees electronically using pay.gov; or to file items related to service of process.

    a. As agreed by the parties in each case, the deadline for Defendants to file answers to each Complaint is extended to **July 8, 2022**. Defendants may not use the spread text feature to file their answers and must separately file an answer in each case.

4. If a party believes an item in addition to those described in paragraph 3 should not be filed in all the consolidated cases, the party must move for permission to separately file the item. The motion must be filed in the consolidated cases using the spread text feature.

Dated this 18th day of April, 2022.

                                                    BY THE COURT:

                                                    s/Michael D. Nelson
                                                    United States Magistrate Judge