# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BAYER US LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 8:22-cv-00082 |
| | ) | |
| ALTEN, LLC; MEAD CATTLE COMPANY, LLC; GREEN DISPOSAL MEAD, LLC; PLATTE RIVER GREEN FUELS, LLC; and TANNER SHAW, in his Individual and official capacities, | ) ) ) ) ) ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| PIONEER HI-BRED INTERNATIONAL, INC.; CORTEVA AGRISCIENCE, LLC; AGRELIANT GENETICS, LLC; BECK'S SUPERIOR HYBRIDS, INC.; and WINFIELD SOLUTIONS, LLC, | ) ) ) ) ) ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 8:22-cv-00070 |
| v. | ) | |
| | ) | |
| ALTEN, LLC; MEAD CATTLE COMPANY, LLC; GREEN DISPOSAL MEAD, LLC; PLATTE RIVER GREEN FUELS, LLC; and TANNER SHAW, in his Individual and official capacities, | ) ) ) ) ) ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| SYNGENTA SEEDS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 8:22-cv-00071 |
| | ) | |
| ALTEN, LLC; MEAD CATTLE COMPANY, LLC; GREEN DISPOSAL MEAD, LLC; PLATTE RIVER GREEN | ) ) ) ) | |

FUELS, LLC; TANNER SHAW and )
SCOTT TINGELHOFF, )
)
    Defendants. )

## AMENDED NOTICE SUBPOENA RELATING TO SCOTT TINGELHOFF'S AND TANNER SHAW'S ACCOUNTS

TO:    ALTEN, LLC; MEAD CATTLE COMPANY, LLC; GREEN DISPOSAL MEAD, LLC; PLATTE RIVER GREEN FUELS, LLC; SCOTT TINGELHOFF, and TANNER SHAW, and their attorneys, JOSEPH A. WILKINS, ANDREW R. SPADER, and STEPHEN D. MOSSMAN:

Plaintiffs, Pioneer Hi-bred International, Inc.; Corteva Agriscience, LLC; AgReliant Genetics, LLC; Beck's Superior Hybrids, Inc., and Winfield Solutions, LLC served their Notice Subpoena on Defendants on July 13, 2022. Defendants served Objections to Issuance of Subpoena on July 15, 2022. Please take notice, in response to Defendants' objections and pursuant to Fed. R. Civ. P. 34 (c) and 45, an amended subpoena *duces tecum* will be served on July 22, 2022, nine days after Plaintiffs served their Notice Subpoena, on the following named non-parties requiring the production of documents and things, or to submit to an inspection of said documents and things as set forth in each of the attached subpoenas to the following entities:

    Stonex Markets LLC
    c/o Corporate Creations Network, Inc., Registered Agent
    5000 Central Park Dr.
    Ste. 204
    Lincoln, NE 68504

    Stonex Financial Inc.
    c/o Corporate Creations Network, Inc., Registered Agent
    5000 Central Park Dr.
    Ste. 204
    Lincoln, NE 68504

    Stonex Commodity Solutions, LLC
    c/o Corporate Creations Network, Inc., Registered Agent
    5000 Central Park Dr.
    Ste. 204
    Lincoln, NE 68504

Bank of America Corporation
c/o The Corporation Trust Company, Registered Agent
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

A copy of each subpoena to be served on each of the above referenced entities is attached to this Notice Subpoena as Exhibit 1, which is modified in response to Defendants' Objection to the Issuance of Subpoenas, served on July 15, 2022. Each subpoena identifies with specificity the documents and things or category of documents and things to be produced and/or submitted for an inspection of same.

    DATED July 19, 2022.

    By: */s/ Todd W. Weidemann*
    Todd W. Weidemann, #20505
    WOODS AITKEN LLP
    10250 Regency Circle, Suite 525
    Omaha, Nebraska 68114
    (402) 898-749 (telephone)
    (402) 898-7401 (facsimile)
    tweidmann@woodsaitken.com

    and

    Abigail R. Frame, Colo. No. 52901
    WOODS AITKEN LLP
    7900 E. Union Avenue, Suite 700
    Denver, Colorado 80237
    (303) 606-6700 (telephone)
    (303) 606-6701 (facsimile)
    aframe@woodsaitken.com
    **LOCAL COUNSEL FOR PIONEER HI-BRED INTERNATIONAL, INC.; CORTEVA AGRISCIENCE, LLC; AGRELIANT GENETICS, LLC; BECK'S SUPERIOR HYBRIDS, INC; AND WINFIELD SOLUTIONS, LLC**

3

Thomas F. Koegel, Cal No. 125852
CROWELL & MORING LLP
3 Embarcadero Center
26th Floor
San Francisco, California 94111
(415) 365-7858 (telephone)
(415) 986-2827 (facsimile)
tkoegel@crowell.com
**ATTORNEY FOR PLAINTIFFS
PIONEER HI-BRED
INTERNATIONAL, INC., AND
CORTEVA AGRISCIENCE, LLC**

Kirsten L. Nathanson,
DC No. 463992
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington., D.C. 20004
Tel: (202) 624-2887
Fax: (202) 628-5116
Email: knathanson@crowell.com
**ATTORNEY FOR PLAINTIFF
PIONEER HI-BRED
INTERNATIONAL, INC. AND
CORTEVA AGRISCIENCE, LLC**

J Jackson, MN Bar No. 49219
B. Andrew Brown, MN Bar No. 0205357
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-2600
Email: jackson.j@dorsey.com
Email: brown.andrew@dorsey.com
**ATTORNEYS FOR PLAINTIFF
WINFIELD SOLTUIONS, LLC**

Anthony C. Sallah (MI Bar No. P84136)
BARNES & THORNBURG, LLP
171 Monroe Ave., NW, Suite 1000
Grand Rapids, Michigan 49503
Telephone: (616) 742-3930
Email: asallah@btlaw.com
**ATTORNEYS FOR PLAINTIFF
AGRELIANT GENETICS, LLC**

4

Amy Berg, Ind. No. 32513-32
Robert A. Jorczak, Ind. No. 32027-29
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200
Telephone: (317) 236-2100
Fax: (317) 592-4790
Email: amy.berg@icemiller.com
Email: louie.jorczak@icemiller.com
**ATTORNEYS FOR PLAINTIFF BECK'S SUPERIOR HYBRIDS, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 19th day of July 2022, a true and correct copy of the foregoing was served on parties herein via the PACER e-filing system of the United States District Court for the of Nebraska.

*/s/ Todd W. Weidemann*
Todd W. Weidemann