# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SYNGENTA SEEDS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No: 8:22-cv-00071 |
| | ) | |
| ALTEN, LLC; MEAD CATTLE COMPANY, LLC; GREEN DISPOSAL MEAD LLC; TANNER SHAW; and SCOTT TINGELHOFF, | ) ) ) ) | **NOTICE OF DISAFFILIATION AND WITHDRAWAL OF MATTHEW Z. LEOPOLD AS COUNSEL FOR PLAINTIFF SYNGENTA SEEDS LLC.** |
| Defendants. | ) | |

**NOTICE OF DISAFFILIATION AND WITHDRAWAL OF MATTHEW Z. LEOPOLD AS COUNSEL FOR PLAINTIFF SYNGENTA SEEDS LLC.**

Notice is hereby given that Matthew Z. Leopold has disaffiliated with the law firm of Hunton Andrews Kurth LLP and withdraws as counsel of record for Plaintiff Syngenta Seeds LLC in this action.

Dated: October 31, 2025          Respectfully Submitted,

By: /s/ Gregory Wall
Michael R. Shebelskie (admitted *pro hac vice*)
Gregory Wall (admitted *pro hac vice*)
HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Telephone: (804) 788-8200
Facsimile: (804) 788-8218
mshebelskie@HuntonAK.com
gwall@HuntonAK.com

Stephen M. Bruckner, # 17073
Michael B. Duffy # 27529
FRASER STYKER PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, Nebraska 68102-2663
(402) 341-6000
sbruckner@fraserstryker.com
mduffy@fraserstryker.com

*Attorneys for Plaintiff Syngenta Seeds LLC*

2

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 31st day of October, 2025, I caused a copy of the foregoing to be filed using the Court's CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

             /s/ Gregory Wall
              Gregory Wall