IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BAYER US LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALTEN, LLC; MEAD CATTLE ) <br> COMPANY, LLC; GREEN DISPOSAL ) <br> MEAD, LLC; PLATTE RIVER GREEN ) <br> FUELS, LLC; and TANNER SHAW, in his ) <br> Individual and official capacities, ) <br> ) <br> Defendants. ) | Case No. 8:22-cv-00082 |
| PIONEER HI-BRED INTERNATIONAL, ) <br> INC.; CORTEVA AGRISCIENCE, LLC; ) <br> AGRELIANT GENETICS, LLC; BECK'S ) <br> SUPERIOR HYBRIDS, INC.; and ) <br> WINFIELD SOLUTIONS, LLC, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ALTEN, LLC; MEAD CATTLE ) <br> COMPANY, LLC; GREEN DISPOSAL ) <br> MEAD, LLC; PLATTE RIVER GREEN ) <br> FUELS, LLC; and TANNER SHAW, in his ) <br> Individual and official capacities, ) <br> ) <br> Defendants. ) | Case No. 8:22-cv-00070 |
| SYNGENTA SEEDS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALTEN, LLC; MEAD CATTLE ) <br> COMPANY, LLC; GREEN DISPOSAL ) <br> MEAD, LLC; PLATTE RIVER GREEN ) | Case No. 8:22-cv-00071 |

| | |
|---|---|
| FUELS, LLC; TANNER SHAW and | ) |
| SCOTT TINGELHOFF, | ) |
| | ) |
| Defendants. | ) |

## JOINT NOTICE OF SETTLEMENT

Plaintiffs Pioneer Hi-Bred International, Inc.; Corteva Agriscience, LLC; AgReliant Genetics, LLC; Beck's Superior Hybrids, Inc.; Winfield Solutions, LLC; Syngenta Seeds, LLC; and Bayer US LLC ("Plaintiffs"), and Defendants AltEn, LLC; Mead Cattle Company, LLC; Green Disposal Mead, LLC; Platte River Green Fuels, LLC; Earth, Energy, & Environment, LLC; AltEn Operating Co. LLC; E3 Biofuels, LLC; Integrated Recycling, LLC; Falcon Energy, LLC; Mead Acquisition Company, LLC; and Tanner Shaw and Scott Tingelhoff ("Defendants"), hereby provide notice to the Court that on April 21, 2025, the Parties entered into a settlement agreement (the "Settlement Agreement").

Pursuant to the Court's Order (No. 156) issued on March 26, 2025, the Parties will file a joint stipulation for dismissal or other dispositive stipulation that will fully dispose of the case on or before July 1, 2025. However, should circumstances arise that necessitate additional time, the Parties will promptly contact the Court's chambers to request an extension. The Parties will also promptly notify the Court if further action is anticipated beyond consideration of the forthcoming dispositive stipulation, including any request for judicial oversight of the Settlement Agreement.

Dated: April 24, 2025

Respectfully submitted,

By: */s/ Michael Duffy*
Stephen M. Bruckner, #17073
Michael Duffy, # 27529
FRASER STRYKER PC LLO
550 Energy Plaza
409 South 17th Street
Omaha, Nebraska 68102-2663
(402) 341-6000
sbruckner@fraserstryker.com
mduffy@fraserstryker.com
**CO-COUNSEL FOR
PLAINTIFF SYNGENTA SEEDS,
LLC**

By: */s/ Joseph Wilkins*
Joseph Wilkins, #21803
MATTSON RICKETTS
LAW FIRM, LLP
2077 N Street, Suite 320
Lincoln, NE 68508
(402) 475-8433
jaw@mattsonricketts.com
**ATTORNEY FOR
DEFENDANTS ALTEN, LLC;
MEAD CATTLE COMPANY,
LLC; GREEN DISPOSAL
MEAD, LLC; PLATTE RIVER**

By: */s/ Elizabeth Lally*
   Elizabeth M. Lally, #26428
   Lally Legal Group, LLC
   12020 Shamrock Plaza, Suite 200
   Omaha, NE 68154 (402) 778-4840
   elally@lally-legal.com

   Jane E. Fedder, MO Bar #38228,
   *admitted pro hac vice*
   Spencer Fane LLP
   1 N. Brentwood Blvd., Suite 1200
   St. Louis, MO 63105
   Telephone: (314) 863-7733
   Fax: (314) 862-4656 E-mail:
   jfedder@spencerfane.com

   Jessica Merrigan, MO Bar #54982,
   *admitted pro hac vice*
   Paul T. Jacobson, MO Bar #69152,
   *admitted pro hac vice*
   Spencer Fane LLP
   1000 Walnut Street, Suite 1400
   Kansas City, MO 64106
   Telephone: (816) 474-8100
   Fax: (816) 474-3216
   E-mails: jmerrigan@spencerfane.com
   pjacobson@spencerfane.com
   **COUNSEL FOR PLAINTIFF**
   **BAYER US LLC**

**GREEN FUELS, LLC; TANNER SHAW and SCOTT TINGELHOFF.**

By: */s/ Todd W. Weidemann*
   Todd W. Weidemann, #20505
   WOODS AITKEN LLP
   10250 Regency Circle, Suite 525
   Omaha, Nebraska 68114
   (402) 898-749 (telephone)
   (402) 898-7401 (facsimile)
   tweidmann@woodsaitken.com

   Abigail R. Frame, Colo. No. 52901
   WOODS AITKEN LLP
   7900 E. Union Avenue, Suite 700
   Denver, Colorado 80237
   (303) 606-6700 (telephone)
   (303) 606-6701 (facsimile)
   aframe@woodsaitken.com

3

**LOCAL COUNSEL FOR PIONEER HI-BRED INTERNATIONAL, INC.; CORTEVA AGRISCIENCE, LLC; AGRELIANT GENETICS, LLC; BECK'S SUPERIOR HYBRIDGS, INC; AND WINFIELD SOLUTIONS, LLC**

Kirsten L. Nathanson, DC No. 463992
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington., D.C. 20004
Tel: (202) 624-2887
Fax: (202) 628-5116
Email: knathanson@crowell.com
**ATTORNEY FOR PLAINTIFF PIONEER HI-BRED INTERNATIONAL, INC. AND CORTEVA AGRISCIENCE, LLC**

Brian B. Bell, MN Bar No. 0395215
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-2600
Email: bell.brian@dorsey.com
**ATTORNEYS FOR PLAINTIFF WINFIELD SOLTUIONS, LLC**

Anthony C. Sallah (MI Bar No. P84136)
BARNES & THORNBURG, LLP
171 Monroe Ave., NW, Suite 1000
Grand Rapids, Michigan 49503
Telephone: (616) 742-3930
Email: asallah@btlaw.com
**ATTORNEYS FOR PLAINTIFF AGRELIANT GENETICS, LLC**

Amy Berg, Ind. No. 32513-32
Robert A. Jorczak, Ind. No. 32027-29
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200
Telephone: (317) 236-2100
Fax: (317) 592-4790

4

Email: amy.berg@icemiller.com
Email: louie.jorczak@icemiller.com
**ATTORNEYS FOR PLAINTIFF**
**BECK'S SUPERIOR HYBRIDS, INC.**

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on this 24th day of April 2025, a true and correct copy of the foregoing was served on parties herein via the PACER e-filing system (CM/ECF) of the United States District Court for the of Nebraska.

                                                    */s/ Todd W. Weidemann*
                                                    Todd W. Weidemann,
                                                    Neb. No. 20505